This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-38307

**DANIEL LEBEAU,**

Petitioner-Appellant,

v.

**NEW MEXICO GENERAL SERVICES DEPARTMENT and JACQUELINE VALDEZ, Records Custodian,**

Respondents-Appellees.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Raymond Z. Ortiz, District Judge**

Robert Richards
Santa Fe, NM

for Appellant

Long, Komer & Associates, P.A.
Nancy R. Long
Jonas M. Nahoum
Santa Fe, NM

for Appellees

### MEMORANDUM OPINION

**BOGARDUS, Judge.**

{1}     Summary reversal and remand was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary reversal and remand has been filed and the time for doing so has expired.

**{2}     REVERSED AND REMANDED.**

**{3}** IT IS SO ORDERED.

**KRISTINA BOGARDUS, Judge**

**WE CONCUR:**

**MEGAN P. DUFFY, Judge**

**SHAMMARA H. HENDERSON, Judge**